IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NUCOR CORPORATION,<br><br>      Plaintiff,<br><br>and<br><br>UNITED STATES STEEL CORPORATION,<br><br>      Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant,<br><br>and<br><br>HYUNDAI STEEL COMPANY,<br><br>      Defendant-Intervenor. | Before: Hon. Jennifer Choe-Groves, Judge<br><br>Court No. 19-00128 |

**CONSENT MOTION TO EXTEND STAY OF PROCEEDINGS**

On October 16, 2019, the parties filed a joint status report in which they moved to stay proceedings in this appeal pending the final and conclusive outcome of Court of International Trade case no. 19-00042, *Nucor Corporation v. United States*. Joint Status R. (Oct. 16, 2019), ECF No. 26. Specifically, the parties noted that the issue of whether Hyundai Green Power was Hyundai Steel's cross-owned input supplier was sufficiently similar in both cases that a stay was warranted in the interest of conserving judicial resources. *Id*. On October 21, 2019, the Court stayed further proceedings in this appeal and instructed the parties to inform the court regarding how to proceed within 14 days of a final and conclusive outcome in Court of International Trade case no. 19-00042. Order (Oct. 21, 2019), ECF No. 29. On February 22, 2021, the Court issued its opinion and judgment sustaining the U.S. Department of Commerce's remand results in Court of International Trade case no. 19-00042. *Nucor Corp. v. United States*, Consol. Court No. 19-00042, slip op. 21-22 (Ct. Int'l Trade Feb. 22, 2021).

**Court No. 19-00128**

On behalf of Nucor Corporation ("Nucor"), and in accordance with the Court's October 21, 2019 Order, we hereby request that the Court extend the stay in this appeal until seven days after the period of time to appeal Court of International Trade case no. 19-00042 to the U.S. Court of Appeals for the Federal Circuit has expired. Pursuant to 28 U.S.C. § 2645(c) and Rule 4 of the rules of the Court of Appeals for the Federal Circuit, a party may appeal a judgment of the Court of International Trade within 60 days of the date of the judgement or order. The parties to Court of International Trade case no. 19-00042 thus have until April 23, 2021 to determine whether they would like to appeal the Court's judgment in that case to the Federal Circuit. Nucor is currently considering whether it intends to exercise its right to appeal the Court's opinion regarding Hyundai Green Power in case no. 19-00042 to the Federal Circuit. For the reasons articulated in Nucor's original motion to stay proceedings, Nucor submits that they should remain stayed pending the outcome of any such appeal. Nucor thus respectfully moves this Court to extend the stay of these proceedings until seven days after the period to appeal case no. 19-00042 expires, or until April 30, 2021.

Pursuant to Rule 7 of the Rules of this Court, Plaintiff Nucor has consulted with the parties to this proceeding with respect to this motion. On March 5, 2021, counsel for Defendant the United States, Kelly A. Krystyniak of the U.S. Department of Justice, consented to this motion via email. On March 5, 2021, counsel for Defendant-Intervenor Hyundai Steel Company, Brady W. Mills of Morris, Manning & Martin, LLP, consented to this motion via email. On March 5, 2021, counsel for Plaintiff-Intervenor United States Steel Corporation, Thomas M. Beline of Cassidy Levy Kent (USA) LLP, consented to this motion via email.

**Court No. 19-00128**

A proposed order is being filed simultaneously with this motion.

        Respectfully submitted,

        */s/ Alan H. Price*
        Alan H. Price, Esq.
        Christopher B. Weld, Esq.
        Adam M. Teslik, Esq.

        **WILEY REIN LLP**
        1776 K Street, NW
        Washington, DC 20006
        Tel: (202) 719-7000
        Fax: (202) 719-7049

        *Counsel for Nucor Corporation*