FORM 8

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NUCOR CORPORATION,<br><br>    Plaintiff,<br><br>and<br><br>UNITED STATES STEEL CORPORATION,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>HYUNDAI STEEL COMPANY,<br><br>    Defendant-Intervenor. | Before: Hon. Jennifer Choe-Groves, Judge<br><br>Court No. 19-00128 |

## STIPULATION OF DISMISSAL

  **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: April 28, 2021

                */s/ Alan H. Price*
                Alan H. Price, Esq.

                **WILEY REIN, LLP**
                1776 K Street, NW
                Washington, DC 20006
                (202) 719-3375

                *Counsel for Nucor Corporation*

FORM 8

/s/ Kelly A. Krystyniak
Kelly A. Krystyniak

Trial Attorney
**U.S. Department of Justice**
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 307-0163

*Counsel for the United States*


/s/ Thomas M. Beline
Thomas M. Beline, Esq.

**CASSIDY LEVY KENT (USA) LLP**
900 19th Street NW
Suite 400
Washington, DC 20006
(202) 567-2316

*Counsel for United States Steel Corporation*


/s/ Brady W. Mills
Brady W. Mills, Esq.

**MORRIS, MANNING & MARTIN LLP**
1401 Eye Street, NW
Suite 600
Washington, DC 20005
(202) 216-4116

*Counsel for Hyundai Steel Company*

FORM 8

## Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

                                              Clerk, U. S. Court of International Trade

                                        By: _____
                                                        Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)